**Order entered August 20, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00410-CR

**REYES DAVID GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-70522-S**

## ORDER

Appellant, who was convicted of sexual assault of a child younger than seventeen years of age, filed his brief on August 10, 2018. In the brief, he uses the name of the victim. Accordingly, we **STRIKE** appellant's brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identify the victim and any other child under the age of eighteen either generically ("victim" or "complaining witness") or by initials only.

We **DIRECT** the Clerk to send copies of this order to Sharita Williams Blacknall and the Dallas County District Attorney's Office.

/s/    LANA MYERS
          JUSTICE